

License: B2600249

# EMPLOYEE NON-COMPETE AGREEMENT

For good consideration and as an inducement for **AK SECURITY SERVICES, LLC** herein after referred to as "Company", to employ __KENNETH DWAYNE MILLS__ herein after referred to as "the Employee". The undersigned Employee hereby agrees not to directly or indirectly compete with the business of the Company and its successors and assigns during the period of employment and for a period of three (3) years following termination of employment and notwithstanding the cause or reason for termination.

The term "not compete" as used herein shall mean that the Employee shall not own, manage, operate, or consult a business substantially similar to or competitive with, the present business of the Company or such other business activity in which the Company may substantially engage during the term of employment.

The Employee acknowledges that the Company shall or may in reliance of this agreement provide Employee access to trade secrets, customers or clients and other confidential data in good will. The employee agrees to retain said information as confidential and not to use said information on his or her own behalf or disclose same to any third party.

This non-compete agreement shall extend only for the entire state of Florida and shall be in full force and effect from the date of hire and for three (3) years, commencing with the date of employment termination.

This agreement shall be binding upon and inure to the benefit of the parties, their successors, assigns, and personal representatives as set forth in F.S. §542.335.

| Employee's Signature | Printed Name | Date Signed |
|---|---|---|
| _[signature]_ | Kenneth D. Mills | 11 Feb 11 |

| Company Representative's Signature | Printed Name | Date Signed |
|---|---|---|
| _[signature]_ | Alexander Krasnov | 11 Feb 2011 |

Ex. "A"