UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

KENNETH MILLS

      Plaintiff,

                                      Case No.: 3:11-cv-01196-RBD-TEM

v.

AK SECURITY SERVICES, LLC

      Defendant.

_____/

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR LEAVE TO AMEND THE COMPLAINT

COMES NOW the Plaintiff, KENNETH MILLS, ("PLAINTIFF") and respectfully requests the Court allow him leave to amend his Complaint, and in support thereof states the following:

### BACKGROUND

On December 5, 2011, PLAINTIFF filed a Complaint on the basis of Defendant AK Security Services ("AK's") violation of the Fair Labor Standards Act based on its failure to pay plaintiff time-and-one-half compensation for hours PLAINTIFF worked over 40 hours per week. At the same time this lawsuit was filed, undersigned counsel filed a separate lawsuit in this court, *Zufelt v. AK Security Services, LLC*, Case Number 3:11-cv-1197-J-37TEM.

Since this action was filed, undersigned became aware that Alexander Krasnov is the individual who holds the title of AK's chief executive officer and is the primary owner of AK. Mr. Krasnov is responsible for making decisions regarding employee compensation, including the decision to misclassify Plaintiffs and others who are similarly situated to Plaintiffs. Since under the FLSA, the individual responsible for making decisions contrary to the provisions of the FLSA may be joined as a Defendant, PLAINTIFF requests leave to amend to add Mr. Krasnov

as a Defendant in this action. *See Chao v. Hotel Oasis*, 493 F.3d 26 (1st Cir. 2007); *Lambert v. Ackerley*, 180 F.3d 997, 1011-12 (9th Cir. 1999).

Further, since the lawsuits were filed, undersigned became aware of case law where the court holds that adding a counterclaim in retaliation for bringing a claim under a statute such as the FLSA violates section 215(a) of the FLSA. *See, e.g. Brissette v. Franklin County Sheriff's Office*, 235 F. Supp. 2d 63 (D. Mass. 2003); *Jacques v. DiMarzio, Inc.*, 216 F. Supp. 2d 139 (E.D.N.Y. 2002); *Gliatta v. Tectum Inc.*, 211 F. Supp. 2d 992 (S.D. Ohio 2002). Accordingly, PLAINTIFF seeks leave to amend to add a cause of action sounding in retaliation pursuant to the FLSA.

## LEGAL ANALYSIS

Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend a complaint before trial should be freely given "when justice so requires." "[T]hus, unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Shipner v. E. Air Lines, Inc.*, 868 F.2d 401, 407 (11th Cir. 1989). A motion to amend may be denied for reasons such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)).

In this case, leave to amend should be granted for the reasons set forth above and because amendment has been promptly sought, and before the stay on discovery is lifted.

WHEREFORE, PLAINTIFF respectfully requests this Honorable Court grant its motion and provide leave to amend.

2

Dated:  May 7, 2012

Respectfully submitted,

**FISHER, BUTTS, SECHREST,**
**& WARNER, P.A.**


_____/s/ Matthew W. Birk_____
**Matthew W. Birk**
Florida Bar No.:  92265
5200 S.W. 91st Terrace, Suite 101
Gainesville, FL  32608
(352) 373-5922
(352) 373-5921 FAX
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I CERTIFY that on May 7, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served today on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

**FISHER, BUTTS, SECHREST
& WARNER, P.A.**


___ **/s/ Matthew W. Birk**_____
**Matthew W. Birk**
Florida Bar No.:  92265
5200 S.W. 91st Terrace, Suite 101
Gainesville, FL  32608
(352) 373-5922
(352) 373-5921 FAX
ATTORNEYS FOR PLAINTIFF

4