# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**KENNETH MILLS and ROCKIE ZUFELT,**

      **Plaintiffs,**

vs.                                          Case No.: 3:11-cv-1196-J-37TEM
                                                         consolidated with

**AK SECURITY SERVICES, LLC,**        Case No.: 3:11-cv-1197-J-37TEM
**and ALEXANDER KRASNOV,**

      **Defendants.**

**HONORABLE THOMAS E. MORRIS, U.S. Magistrate Judge**
Courtroom Deputy: Carol J. Holliman

**DATE: September 18, 2012**
**TIME:  12:01 p.m. - 12:18 p.m.**
**RECORDING:  Digital**

Attorney for Plaintiff:                   Attorney for Defendant:
Matthew Birk                          Benjamin Moore

## CLERK'S MINUTES

**PROCEEDINGS:**      **HEARING ON THE JOINT MOTION FOR APPROVAL OF SETTLEMENT (DOC.  41)**

Arguments by counsel.

**ORDER TO ENTER.**